IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                      Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-01134-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** October 12, 2010 | Deputy Clerk, Nick Richards |
| GEORG K. HILL, | Derek W. Cole |
| Plaintiff, | |
| v. | |
| CITY OF AURORA, COLORADO, a municipal corporation, | Timothy Peter Schimberg |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session: 10:03 a.m.**

Court calls the case. Appearances of counsel.

Oral argument by Plaintiff.
Oral argument by Defendant.

It is **ORDERED**: Plaintiff's First Motion to Compel Defendant to Disclose, to Plaintiff, Computer-Based Evidence Re: Plaintiff [Doc. No. 22, filed October 12, 2010] is **DENIED** without prejudice.

Documents and tapes as part of Rule 26(a)(1) disclosures will be produced by both parties by October 20, 2010.

[**XX**]   Scheduling Order entered (as amended).

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: November 30, 2010
Discovery Cut-off: April 19, 2011
Dispositive Motions Deadline: May 19, 2011

Disclosure of Affirmative Experts: March 1, 2011
Disclosure of Rebuttal Experts: April 1, 2011
Written Discovery shall be served no later than 33 days prior to discovery cut-off. Each side shall be limited to 40 interrogatories, 40 requests for admission, and 40 requests for documents.
Each side shall be limited to 10 depositions, including parties, excluding experts. Depositions will be limited to 7 hours. The Court authorizes for Judge Weinberg, Ms. Nerbonne-Gage, and Mr. Hill a maximum of 12 hours for depositions unless further ordered by the Court.

**SETTLEMENT CONFERENCE** set for: February 8, 2011 at 1:30 p.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

Confidential Settlement Statements are due: February 1, 2011

The Court will issue a separate minute order concerning settlement.

**FINAL PRETRIAL CONFERENCE** set for: July 21, 2011 at 9:30 a.m.
**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.** This will be a 30-minute conference.


TRIAL:

Trial dates and Trial Preparation Conference will be set by District Judge Philip A. Brimmer.



Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.



**Court in recess: 10:55 a.m.**
Total In-Court Time:   00:52        Hearing concluded.


*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.