IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01134–PAB–KMT

GEORG K. HILL,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO, a municipal corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's (Combined) and (Opposed) Motion For: I. Pending Appeal, a "Stay" on Case and All Case Proceedings and until the Courts Can Rectify Errors in Case Processing and Proceedings; II. Pending Appeal, Relief from Any and All Orders on Case and All Case Proceedings, and until the Courts Can Rectify Errors in Case Processing and Proceedings" (Doc. No. 104, filed July 8, 2011) is GRANTED in part. This case is STAYED pending a ruling by the Tenth Circuit Court of Appeals regarding Case Nos. 11-1287 and 11-1289. The parties shall file a joint status report within ten days of the Circuit Court's ruling on Plaintiff's appeals.

Dated: September 7, 2011