IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01134–PAB–KMT

GEORG K. HILL,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO, a municipal corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Clarification of Minute Order [Doc. # 166]" (Doc. No. 167, filed Nov. 8, 2011) is GRANTED in part.  As the parties appear to seek alternative dispute resolution, the parties may file an appropriate motion guided by Proposed Local Rule 16.6.  *See* D.C.COLO.LCivR 16.6.[1]  At that time, pursuant to Proposed Local Rule 16.6, District Judge Brimmer may determine whether alternative dispute resolution is appropriate in this case.

Plaintiff has now filed his Amended Complaint (Doc. No. 169, filed Nov. 10, 2011) pursuant to this court's Order dated October 26, 2011 (Doc. No. 164.).  Accordingly, the dispositive motions deadline is reset to December 16, 2011.  A Final Pretrial Conference will be held on February 14, 2012 at 9:30 a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) days before the Final Pretrial Conference.

Dated: November 15, 2011

---

[1] A redline version of proposed Local Rule 16.6 is available at http://www.cod.uscourts.gov/Documents/LocalRules/2011_List_of_Proposed_Local_Rule_Changes_10.03.11.Edit.pdf