IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01134–PAB–KMT

GEORG K. HILL,

      Plaintiff,

v.

THE CITY OF AURORA, COLORADO, a municipal corporation,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Protective Order and Limited Stay of Proceedings" (Doc. NO. 190, filed Jan. 30, 2012) is GRANTED.  This case is STAYED until March 22, 2012.  Additionally, the Dispositive Motions deadline is extended until further order of this court, and the Final Pretrial Conference set for April 30, 2012 is VACATED.  On or before March 22, 2012, the parties shall file a Joint Status Report advising the court of appropriate deadlines for (1) completing Plaintiff's deposition, and (2) filing dispositive motions.  The Final Pretrial Conference will be reset at that time.

Dated: February 8, 2012